FILED
CLERK, U.S. DISTRICT COURT

JUN 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RODRIGO RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>M. SHEPHERD,<br><br>Respondent. | Case No. EDCV 05-00166 AHM (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*. IT IS ORDERED that:

1.   The Report and Recommendation is approved and adopted.

2.   Judgment shall be entered denying the Petition and dismissing this action with prejudice as to all claims based upon the parole denial of May 3, 2001. To the extent the claims in the Petition purport to attack any subsequent parole denials, the Court finds the claims are unexhausted and dismissed without prejudice.

3.   All motions are terminated as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: _____ June 11 _____, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE