JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RODRIGO RAMIREZ,<br><br>    Petitioner,<br><br>    v.<br><br>M. SHEPHERD,<br><br>    Respondent. | Case No. EDCV 05-00166 AHM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, the claims in the Petition challenging Petitioner's May 3, 2001 denial of parole are dismissed with prejudice and, to the extent the claims in the Petition purport to challenge any subsequent parole denials, those claims are dismissed without prejudice.

Dated: _____June 11_____, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY